# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ELLIOTT,

Plaintiff,

v.

GONZALEZ,

Defendant.
_______________________________________/

Case No. 2:26-cv-0883-JDP (P)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Christopher Elliott, CDCR # AA-3733, a necessary and material witness in a settlement conference in this case on October 15, 2026, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Sacramento, 100 Prison Road, Represa, California 95671, on Thursday, October 15, 2026 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Out to Court Desk at California State Prison, Sacramento at (916) 294-3116 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SAC, P. O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above titled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE